No. 980. MARY C. BOLAND, ROSE M. McAULIFFE, EMMA PAIRO, ET AL. *v.* ELIZABETH C. HILL, MARY A. McCARTHY, ELIZABETH DOLAN, ET AL. March 22, 1926. Petition for writ of certiorari to the Court of Appeals of the District

of Columbia denied. *Messrs. Joseph D. Sullivan, Daniel W. O'Donoghue,* and *Arthur A. Alexander* for petitioners. *Mr. Leo P. Harlow* for respondents.